UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS M. HURST and DEBORAH
JAYNE HURST,

    Plaintiffs,

v.                                        Case No:   6:17-cv-1810-Orl-18TBS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

This case comes before the Court on The United States of America's Unopposed Motion to Extend Discovery Cut-Off Date (Doc. 18). Defendant seeks a 30 day extension of multiple case management deadlines. Plaintiffs do not oppose the motion.

On December 22, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Defendant represents that absent an appropriation the Department of Justice attorneys handling this case are prohibited from working, even on a voluntary basis, except in very limited circumstances[.]" (Doc. 5, ¶ 2).[1]

The Court finds that the current partial shutdown of the federal government constitutes good cause to modify the Case Management and Scheduling Order ("CMSO") which governs the case (Doc. 13). Accordingly, the motion is **GRANTED** and the deadlines for the completion of discovery, the filing of dispositive, Daubert and Markman

---

[1] "An officer or employee of the United States Government or of the District of Columbia government may not accept voluntary services for either government or employ personal services exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C.A. § 1342. This case does not involve the safety of persons or the protection of property.

motions are all extended 30 days. This Order may not be cited as grounds to change any other date or deadline in the case.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties